UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WHALEY, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | No. 04-CV-005 DRH |
| ) | |
| RANDOLPH COUNTY, et al., ) | |
| ) | |
| Defendant(s). ) | |

**ORDER OF DISMISSAL**

The Court having been advised by the counsel for the parties that the above action has been settled;

**IT IS ORDERED** that this action is hereby dismissed without costs and with the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

DATED: This  23rd  day of  August , 2005.

/s/    David RHerndon
**UNITED STATES DISTRICT JUDGE**